AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Theo Hanson | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00324
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/28/2023
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                        Theo Hanson                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority;
18 U.S.C. § 1752(a)(2) - Disorderly conduct in a restricted area;
40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:        11/28/2023

*Issuing officer's signature*

City and state:             Washington, D.C.             Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   11/28/23  , and the person was arrested on *(date)*   11/30/23<br>at *(city and state)*   Nampa, ID  .<br><br>Date:   11/30/23 |

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Theo Hanson<br>DOB: XXXXXX<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-mj-00324
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/28/2023
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the

_____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, | |
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, | |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 18 U.S.C. § 1752(a)(2) - Disorderly conduct in a restricted area, | |
| 40 U.S.C. § 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 11/28/2023 _____          _____
                                                                          *Judge's signature*

City and state:          Washington, D.C.          Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                          *Printed name and title*

## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮▮, is a Special Agent of the Federal Bureau of Investigation. In my duties as a Special Agent, I am currently assigned to the Joint Terrorism Task Force, specifically specializing in domestic terrorism matters. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### THEO HANSON

On January 27, 2021, through a search warrant execution on another individual's phone, agents discovered a group registered to Telegram Messenger ("Telegram"), a messaging app that offers end-to-end encryption of chats and messages. The search warrant identified multiple Telegram groups that contained discussion of travel to Washington D.C. in November 2020 and January 2021. One of the groups was named "The California Patriots- DC Brigade" ("DC Brigade"). The "About" section of the Telegram group stated: "This group will serve as the Comms for able bodied individuals that are going to DC on Jan 6. Many of us have not met before and we are all ready and willing to be engaged in this fight. We will come together for this moment that we are all called upon." An individual with the username "Theo Hanson," who as described below I have identified as THEO HANSON ("HANSON"), was a member of the DC Brigade Telegram group. On January 1, 2021, the owner of the DC Brigade Telegram group, R.T., posted, "As you join, please provide the following. 1. Previous Law enforcement/military? What branch and specialty-. 2. Special skills relevant to our endeavors-. 3. Picture of yourself and name (if you are ok) so we can familiarize ourselves. 4. Date and time of arrival-." On January 2, 2021, HANSON responded and wrote, "-training: Sufficient for this exercise. -skills: many incl basic emergency medical skills. Diplomatic on occasion, less likely this time. Armed. -traveling on foot with LEO and operators at various points. -I will be moving through multiple groups. I have obligations to people on the ground for short periods. Glad to coordinate. Likely to have on this Blue hat with US flag says Leupold. Non descript black jacket. Identifiable mustache and beard. I will have two med kits on hand (one black case on left thigh). May have backpack on for periods of time. Concealed vest and am bringing a plate carrier. Name: Theo. Arrive airport United 3:40pm. Have to clear firearms. Headed direct to hotel. Housing Soffitel." Immediately after sending this message, HANSON posted the below photographs of a baseball cap and himself.



On January 2, 2021, in private Telegram messages between HANSON and R.T., R.T. asked HANSON, "Are you bringing heat? If so you just went up many clicks in my book." HANSON responded with the message below:

From: ▮▮▮▮▮▮ Theo Hanson

Yeah brother. I am bringing a few compacts and an AR dragon. I look at them as peacekeepers and of a 'last resort' of sorts. Once they come out, that genie doesn't go back in the bottle. Where each bullet lands is my fault and mine alone.
My hope is that all goes well and no one ever knew. But instincts say we are walking into a kill box of sorts. Law Enforcement appears to be interested in protecting antifa/blm, local leadership demonizes any patriotism and frustration as white supremacy, and Iran says POTUS will be dead in days. It is a pressure cooker. 1/2 the world loves our leader and 1/2 is hoping he dies and us with him.

IF there is a serious conflict with antifarts or some kind of car bomb incident, they will contain the area easily by shutting down bridges, in/outs, and set perimeter. Like every other area in nearly every other outbreak. Surround and contain the conflict to an area until it diffuses. Kenosha, LA, etc. letting chaos west itself out.

I would rather be judged by 12 than carried by 6.

I am not looking for a fight. It is clear that this country is under a full assault. This is one hell of a power struggle and pinnacle of that struggle is supposed to be Wednesday. I suspect they (Congress)will punt the ball and give the states 10 days to resolve and we will watch this political charade end in the installation of Biden. I don't see any way in which this ends without an uprising.

Meanwhile I am gong to find men of mettle and honor, who are willing to organize, and fight using all channels. I am hoping to avoid the radicals, but I imagine I/we are beginning to look like ones.

"The tree of liberty must be refreshed from time to time..."

So many powder kegs, the entire system is under pressure, and to many different things can light fuses.

May we have the wisdom, clarity, courage and the endurance to run the races, fight in the fields of battle, and defend Liberty that has nearly been lost. God Bless. God's speed.

Thank you for standing tall and bringing people together. It is clear you have a calling.

1/3/2021 1:55:29 AM(UTC-8)

R.T. responded, "Copy that. If you have extra I'll carry for you . I have many guns but didn't want to get flagged at the airport. I am bringing two tomahawks, knives, stun guns 110k volts, expandable baton, armor plates, armor helmet, carbon fiber knuckle globes. I'll be the first line of defense as we will call you up for the second." R.T. continued, "Glad to have you in the group and be shoulder to shoulder. We will see this through until it is finished." HANSON responded, in part, "I am also rolling with a Las Vegas LEO and two special ops guys. We are looking to see what is brewing and looking to take care of some friends should a full, multi hour riot break out." HANSON continued, "I am glad to be in a first wave of hand to hand should it be necessary. Being that I will likely be armed, it is prudent to pick and choose and be present to save a life of a Patriot by taking one of a criminal. We came to lawfully assemble. They have come to try and terrorize people. Now is a great time to send the social signal that We The People are stronger and more dangerous."

On January 6, 2021, R.T. private messaged HANSON on Telegram, "Bro… We stormed the capital! Safe at hotel." HANSON responded one minute later, "I was in there with you. I was

last out.  Safe back at hotel." R.T. responded, "Well you are in the club brother!  Well done. Today was a historic day." HANSON responded, "It was epic.  When do you fly out?" R.T. responded, "Tomorrow at 4pm.  Possibly." HANSON responded, "Hahaha.  Is that assuming we don't get picked up?"

In another Telegram group called "So Cal Patriots" ("So Cal Patriots"), on January 6, 2021, R.T.—the owner of the So Cal Patriots group—wrote, "Sorry guys. I was pushing through traitors all day today. WE STORMED THE CAPITAL! Freedom was fully demonstrated today!" Three minutes later, HANSON responded, "Yes we did. And we held it for a decent amount or time."

On December 29, 2020, in another Telegram group with R.T., HANSON provided his telephone number as ███████. On March 14, 2021, while crossing the border at the San Ysidro Port of Entry, HANSON was interviewed by Customs and Border Protection (CBP) officers. In the interview, HANSON confirmed his telephone number as ███████.

On May 3, 2021, a federal search warrant was served to AT&T authorizing the search of records and information associated with the telephone number ███████. An analysis of the device's location history identified that on January 5, 2021, the device utilized a cell tower located in San Diego, California at approximately 7:18AM. Later that day, the device then utilized a cell tower located in Washington D.C. at approximately 4:21PM. On January 6, 2021, from approximately 2:01PM to 5:55PM, the device utilized cell sites consistent with providing service to a geographic area that included the interior of the U.S. Capitol Building.

Records provided by United Airlines confirmed that HANSON flew to Washington, D.C. from San Diego on January 5, 2021 and returned back to San Diego on January 7, 2021.  Records provided by United Airlines did not provide any indication that HANSON checked any firearms on this travel.  Records provided by Sofitel Hotel located at 806 15th Street NW, Washington D.C., 20005, confirmed that HANSON arrived on January 5, 2021 and departed on January 7, 2021. According to the reservation check out, HANSON was the sole occupant in the room and listed his email as ███████.

Content posted on HANSON's Facebook page confirm HANSON's presence in Washington, D.C. on January 6 and 7, 2021.  For example, at 7:50 AM on January 6, 2021, HANSON posted the below photograph of himself outside the Washington Monument.



Footage from U.S. Capitol Police CCTV and open-source photographs and videos depict HANSON inside the U.S. Capitol building and on the grounds of the U.S. Capitol on January 6, 2021.  Specifically, a review of the U.S Capitol's CCTV footage revealed that, at approximately 2:22 PM EST, a man, who I have identified as HANSON for the reasons described below, entered the U.S. Capitol building through the Senate Wing Door. HANSON appears in video footage with a mustache and beard and wearing a blue baseball cap with a symbol on the front, a dark jacket, and dark pants. Below are still images from the U.S. Capitol's CCTV footage. In each, HANSON is circled in yellow.





After entering through the Senate Wing Door, HANSON briefly walked north before turning around and heading through a hallway toward the Crypt. Below is a still image from U.S. Capitol CCTV footage, depicting HANSON in the Crypt at approximately 2:26 PM EST. HANSON is circled in yellow.



At approximately 2:30 PM EST, HANSON was observed outside of the Crypt, on the East side of the building. Moments earlier, law enforcement sought to close a series of security doors to prevent rioters from gaining access to additional areas of the building; however, rioters used trash cans and chairs to both obstruct the gate and to assault officers. In the background, HANSON was observed standing in the hallway of a lobby that leads to a set of stairs leading to the East Rotunda Doors. HANSON stood underneath one of the security doors, waving his hands, and preventing it from closing. Below is a still image from U.S. Capitol CCTV footage, depicting HANSON standing under a security door at 2:30 PM EST. HANSON is circled in yellow.



 For roughly the next five minutes, HANSON walked around the perimeter of this lobby, spoke with other rioters, and used his phone before going into the hallway to the second floor at approximately 2:37 PM EST. At approximately 2:37 PM EST, HANSON was observed near the East Rotunda Doors. When HANSON arrived, the East Rotunda Doors were closed. HANSON observed as other rioters opened the East Rotunda Doors, allowing more rioters from outside the building to illegally enter. HANSON watched and applauded as the doors were opened. Below are still images from the U.S. Capitol's CCTV footage. In each, HANSON is circled in yellow.





HANSON remained near the East Rotunda Doors until he exited the U.S. Capitol building at approximately 3:33 PM EST. While HANSON stood inside the East Rotunda Doors, he repeatedly obstructed efforts by law enforcement to close the East Rotunda Doors and to prevent further access to the building from rioters outside.  Below are still images from the U.S. Capitol's CCTV footage, depicting HANSON pushing a door open with his body after law enforcement tried to close it at approximately 2:42 PM EST. In each, HANSON is circled in yellow.





Open-source video footage provides a closer view of HANSON's efforts to keep the East Rotunda Doors open at approximately 2:42 PM EST.  Below are still images from an open-source video.  In each, HANSON is circled in yellow.







A couple minutes later, at approximately 2:44 PM EST, an officer sought to close one of the East Rotunda Doors, and HANSON moved forward to push the door back with his hand. Below are still images from the U.S. Capitol's CCTV footage. In each, HANSON is circled in yellow.





At approximately 3:09 PM EST, officers again sought to close the East Rotunda Doors. Once again, HANSON moved forward to push the door back with his body. Below are still images from the U.S. Capitol's CCTV footage. In each, HANSON is circled in yellow.





Open-source video footage provides a closer view of HANSON's efforts to keep the East Rotunda Doors open at approximately 3:09 PM EST.  Below are still images from an open-source video.  In each, HANSON is circled in yellow.







    At approximately 3:19 PM EST, an officer tried to move HANSON toward the East Rotunda Doors, to get him to exit the building. In response, HANSON placed his hand against an interior wall and moved against the interior wall, to prevent his removal. Below are still images from the U.S. Capitol's CCTV footage. In each, HANSON is circled in yellow.





HANSON ultimately exited the building at approximately 3:33 PM, through the East Rotunda Doors.  Below is a still image from U.S. Capitol CCTV footage. HANSON is circled in yellow.



Shortly after January 6, 2021, multiple individuals, whose identities are to remain anonymous, provided tips to the FBI that they had identified HANSON as having been present in the vicinity of the U.S. Capitol on January 6, 2021. On approximately November 9, 2021, one such witness was provided, by email, the below photograph and identified HANSON as the individual wearing black shoes, dark colored pants, a black jacket, gloves, and a baseball-style cap with a rectangular design on the front. Additionally, the witness stated HANSON has a gray beard and is standing facing the camera with his right hand raised.



Based on the foregoing, your affiant submits there is probable cause to believe that HANSON violated 18 U.S.C. § 1512(c)(2), which makes it a crime to corruptly obstruct, influence, or impede an official proceeding, and to attempt to do so. A proceeding before Congress is an "official proceeding" for purposes of 18 U.S.C. § 1512(c)(2), as defined in 18 U.S.C. § 1515(a)(1)(B).

Your affiant submits there is also probable cause to believe that HANSON violated 18 U.S.C. § 231(a)(3), which makes it a crime to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which is any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

Your affiant submits that there is also probable cause to believe that HANSON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that HANSON violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28 day of November 2023.

*M. A. Upad*

**MOXILA A. UPADHYAYA**
U.S. MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:23-mj-00324<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 11/28/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : **VIOLATIONS:** |
| **THEO HANSON** | : **18 U.S.C. § 1512(c)(2) - Obstruction of** |
| | : **Justice/Congress,** |
| **Defendant.** | : **18 U.S.C. § 231(a)(3) - Obstruction of Law** |
| | : **Enforcement During Civil Disorder,** |
| | : **18 U.S.C. § 1752(a)(1) - Knowingly** |
| | : **Entering or Remaining in any Restricted** |
| | : **Building or Grounds** |
| | : **Without Lawful Authority,** |
| | : **18 U.S.C. § 1752(a)(2) - Disorderly conduct** |
| | : **in a restricted area,** |
| | : **40 U.S.C. § 5104(e)(2)(D) and (G) - Violent** |
| | : **Entry and Disorderly Conduct on Capitol** |
| | : **Grounds.** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:    November 28, 2023

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

4

# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Theo Hanson** | CASE INFORMATION:<br>Criminal Complaint and Arrest Warrant Issued by United States Magistrate Judge Moxila A. Upadhyaya on 11/28/2023 |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED  Public | CASE NUMBER: |
| SERVICE TYPE: Warrant | |
| (Summons/ Warrant/ Notice) | |
| ISSUE: Yes | County of Offense:  Washington, District of Columbia |
| INTERPRETER: No | |
| If YES, language: | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Complaint or Perfected Citation**

Felony:  **Yes (Counts 1 & 2)**

Class A Misdemeanor:  **Yes (Counts 3 & 4)**

Class B or C Misdemeanor:  **Yes (Count 5)**
(Petty Offense)

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| **18 U.S.C. Sec. 1512(c)(2)** | **One** | **Obstruction of Justice/Congress** | **Not more than 20 years imprisonment; Up to a $250,000 fine; Not more than 3 years supervised release; Not less than 1 and up to 5 years' probation; Special Assessment $100** |
| **18 U.S.C. Sec. 231(a)(3)** | **Two** | **Obstruction of Law Enforcement During Civil Disorder** | **Not more than 5 years imprisonment; Up to a $250,000 fine; Not more than 3 years supervised release; Not less than 1 and up to 5 years' probation; Special Assessment $100** |

| **18 U.S.C. Sec. 1752(a)(1)** | **Three** | **Entering or Remaining in Restricted Buildings or Grounds Without Lawful Authority** | **Not more than 1 year imprisonment; Up to a $100,000 fine; Not more than 1 year supervised release; Up to 5 years probation; Special Assessment $25** |
|---|---|---|---|
| **18 U.S.C. Sec. 1752(a)(2)** | **Four** | **Disorderly Conduct in Restricted Area** | **Not more than 1 year imprisonment; Up to a $100,000 fine; Not more than 1 year supervised release; Up to 5 years probation; Special Assessment $25** |
| **40 U.S.C. Sec. 5104(e)(2)(D) and (G)** | **Five** | **Violent Entry and Disorderly Conduct on Capitol Grounds** | **Not more than 6 months imprisonment; Not more than a $5,000 fine; Up to 5 years probation; Special Assessment $10** |

Date:   December 1, 2023          Assistant U.S. Attorney:   Anthony Mariano, DC USAO/
                                                            Heather Patricco, ID USAO

                                                  Telephone No.:   208-334-9121

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-mj-00310-DKG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT'S ASSERTION OF |
| | ) | FIFTH AND SIXTH AMENDMENT |
| Theo Hansen | ) | RIGHTS |
| | ) | |
| Defendant. | ) | |
| | ) | |

     I, the above-named defendant hereby assert my rights under the Fifth and Sixth Amendments of the United States Constitution, including but not limited to my rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not wish to have, nor do I consent to, any contact with any government official, state or federal, including but not limited to law enforcement agents, except through my counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking a waiver of any rights, unless my counsel is present. The Government should so instruct its agents. This is meant to apply to any and all legal matters and/or investigations.

Dated this _____ day of _____ December _____, 2023.

Respectfully,

_____
Defendant

_____
Attorney

Assertion of Fifth and Sixth     -1-
Amendment Rights

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-mj-00310-DKG |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF PRELIMINARY HEARING |
| vs. | ) | |
| | ) | |
| Theo Hansen | ) | |
| Defendant. | ) | |
| | ) | |

     I understand that I have been charged with an offense in a criminal complaint filed in this Court, or charged with violating the terms of probation or supervised release in a petition filed in this Court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed.R.Crim.P. 32.1.

     I agree to waive my right to a preliminary hearing under Fed.R.Crim.P. 5 or Fed.R.Crim.P. 32.1.

Date: 12/1/23

_____
Defendant

Date: 12/1/23

_____
Attorney's Signature

_____
Printed Name of Attorney

Federal Defender Services of Idaho
702 W. Idaho Street, Suite 1000
Boise, ID 83702
208.331.5500

Waiver of Preliminary Hearing      -1-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.:  1:23-mj-00310-DKG |
| | ) | |
| Plaintiff, | ) | Charging District's Case No.: |
| | ) | |
| vs. | ) | WAIVER OF RULE 5 & 5.1 |
| | ) | HEARINGS |
| Theo Hansen | ) | (Complaint or Indictment) |
| | ) | |
| Defendant. | ) | |
| | ) | |

I understand that I have been charged in another district, the (name of the district/court)

_District of Columbia_.

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise -- unless I am indicted -- to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the Government for detention;

WAIVER OF RULE 5 & 5.1 HEARING                                                                PAGE 1

(6)     request transfer of the proceedings to this district under Fed.R.Crim.P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

❑     a preliminary hearing.

❑     a detention hearing.

❑     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____12/1/23_____          _____
                                                            Defendant

Date: _____12/1/23_____          _____
                                                            Attorney's Signature

                                                            _____
                                                            Printed Name of Attorney

WAIVER OF RULE 5 & 5.1 HEARING                                    PAGE 2

AO 199A (as modified by the District of Idaho - Rev. 11/20) Order Setting Conditions of Release

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    0976 1:23-00310M-001 |
| Theo  Hanson | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed by U.S. Probation to serve a sentence that the court may impose.

The defendant must appear at: _____ as directed. _____
                                                                          *Place*


on _____
                                              *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (as modified by the District of Idaho - Rev. 11/20) Additional Conditions of Release

DEFENDANT: Theo  Hanson

## ADDITIONAL CONDITIONS OF RELEASE

6.   The defendant must submit to supervision by and report for supervision to Pretrial Services as directed.

7.   The defendant must continue or actively seek employment.

8.   The defendant must surrender any passport to Pretrial Services.

9.   The defendant must not obtain a passport or other international travel document.

10.   The defendant must abide by the following restrictions on personal association, residence or travel. The defendant's travel shall be restricted to: the District of Idaho, and as approved by pretrial services.

11.   The defendant must avoid all contact, directly or indirectly, with any person who is known to be a victim or witness in the investigation or prosecution.

12.   The defendant must not possess a firearm, destructive device, or other weapon.

13.   The defendant must not use alcohol excessively.

14.   The defendant must report as soon as possible to the Pretrial Services officer or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

15.   The defendant must maintain current residence and shall not move or change residences without prior approval of the Pretrial Services officer.

16.   The defendant shall have no contact with any persons known to be engaged in criminal activity, or who are using or possessing any controlled substances.

17.   The defendant shall refrain from entering Washington D.C. other than for court, attorney, or supervision purposes.

AO 199C (as modified by the District of Idaho - Rev. 11/20) Advice of Penalties

DEFENDANT:       Theo Hanson

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

  (1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3)   any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4)   a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Boise, ID
_____
*City and State*

## Directions to the United States Marshal

( X )   The defendant is ORDERED released after processing.
( ☐ )   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

_____12/1/2023_____                    _____
*Date*                                      *Judicial Officer's Signature*

                                            Debora K. Grasham, United States Magistrate Judge
                                            _____
                                            *Printed name and title*

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-mj-00310-DKG |
| THEO HANSON | ) | |
| | ) | Charging District: District of Columbia |
| _Defendant_ | ) | Charging District's Case No. 1:23-MJ-00324 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Courtroom No.: via video conference |
|---|---|
| | Date and Time: to be determined |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 12/01/2023

_Judge's signature_

Debora K. Grasham, United States Magistrate Judge
_Printed name and title_

Query   Reports   Utilities   Help   What's New   Log Out

TERMED,TRANSF

# U.S. District Court
## District of Idaho (LIVE) NextGen 1.7 (Boise - Southern)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00310-DKG All Defendants

Case title: USA v. Hanson

Date Filed: 11/30/2023

Date Terminated: 12/01/2023

Assigned to: US Magistrate Judge Debora K
Grasham

### Defendant (1)

**Theo Hanson**                    represented by **Idaho Federal Defender**
*TERMINATED: 12/01/2023*                          Federal Defender Services of Idaho Inc
                                                   702 West Idaho Street, Suite 1000
                                                   Boise, ID 83702
                                                   (208) 331-5500
                                                   Email: joy_fish@fd.org
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Public Defender or*
                                                   *Community Defender Appointment*

### Pending Counts                                 ### Disposition
None

### Highest Offense Level (Opening)
None

### Terminated Counts                              ### Disposition
None

### Highest Offense Level (Terminated)
None

### Complaints                                     ### Disposition
None

### Plaintiff

1290 West Myrtle Street, Suite 500
Boise, ID 83702
208-334-1211
Email: Heather.Patricco@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2023 | 1 | Rule 5(c)(3) Documents Received from the District Court of Columbia 1:23-mj-00324 as to Theo Hanson (Notice sent to USP & USM) (Attachments: # 1 Statement of Facts)(lm) (Additional attachment(s) added on 11/30/2023: # 2 Arrest Warrant) (lm). Modified on 11/30/2023 (lm). (Main Document 1 replaced on 12/1/2023) (km). |
| 11/30/2023 | 2 | DOCKET ENTRY NOTICE OF HEARING as to Theo Hanson (Notice sent to USP & USM) Initial Appearance - Rule 5(c)(3) set for 12/1/2023 09:30 AM in Boise - Courtroom 6 before US Magistrate Judge Debora K Grasham. (at) |
| 11/30/2023 | 3 | Criminal Cover Sheet re 1 Rule 5(c)(3) Documents Received, (Attachments: # 1 Service Information Sheet)(lm) |
| 11/30/2023 | 4 | ORDER received from the District of Columbia 1:23-mj-000324 as to Theo Hanson (Notice sent to USM)(lm) (Entered: 12/01/2023) |
| 12/01/2023 | 5 | Docket Text Minute Entry for proceedings held before US Magistrate Judge Debora K Grasham: Appearance by Heather Patricco for the Government; Federal Defender Samuel Macomber appointed for the Defendant. Probation Officer Nate Hudson present. Initial Appearance in Rule 5(c)(3) as to Theo Hanson held on 12/1/2023. Court reviewed CJA23 Financial Affidavit. Assertion of Fifth and Sixth Amendment Rights executed. Rights advised. Notice given re: GO#392, Brady Act. Waiver of Rule 5(c)(3) Hearing executed. Waiver of Preliminary Hearing also executed. No Motion for Detention filed by the Government. Parties stipulate to release conditions as proposed by Pretrial Services. Order Setting Conditions of Release entered. Order Requiring a Defendant to Appear in the District Where Charges Are Pending and Transferring Bail also entered. Defendant to be later notified through defense counsel re: appearance date in the District of Columbia. (Notice sent to USP & USM) Time in Court 9:32-9:48 AM. (ESR A. Tate.) Audio File Location Boise - Courtroom 6. (at) |
| 12/01/2023 | 6 | DOCKET ENTRY ORDER APPOINTING FEDERAL DEFENDER: as to Theo Hanson. On the basis of the sworn financial affidavit, the Court finds Defendant is financially unable to retain counsel. It is hereby ORDERED that the Federal Defender Services of Idaho is hereby appointed to represent Defendant in these proceedings pursuant to Title 18 United States Code 3006A. IT IS FURTHER ORDERED that the Federal Defender shall immediately notify the Clerk's Office of any conflict of interest or inability to continue this appointment. Signed by US Magistrate Judge Debora K Grasham. (at) |
| 12/01/2023 | 7 | DOCKET TEXT DUE PROCESS PROTECTIONS ACT ORDER as to Theo Hanson: The Government shall adhere to all provisions of General Order #392. Signed by US Magistrate Judge Debora K Grasham. (at) |
| 12/01/2023 | 8 | CJA 23 Financial Affidavit by Theo Hanson (lm) |
| 12/01/2023 | 9 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Theo Hanson (lm) |

Query     Reports     Utilities     Help     What's New     Log Out

| | | |
|---|---|---|
| 12/01/2023 | 11 | WAIVER of Rule 5(c)(3) Hearing by Theo Hanson (Notice sent to USP & USM) (lm) |
| 12/01/2023 | 12 | ORDER Setting Conditions of Release as to Theo Hanson (Notice sent to USP & USM). Signed by US Magistrate Judge Debora K Grasham.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (lm) |
| 12/01/2023 | 13 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Theo Hanson (Notice sent to USM). Signed by US Magistrate Judge Debora K Grasham.(caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (lm) |
| 12/01/2023 | 14 | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Theo Hanson. Your case number is: 1:23-mj-00324. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries via the case number link. The clerk will transmit restricted documents via email. (If you require certified copies of any documents, please send a request to InterdistrictTransfer_IDD@id.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # 1 Order Setting Conditions of Release, # 2 Waiver of Rule 5 Hearing, # 3 Waiver of Preliminary, # 4 Assertion of Rights)(lm) |
| 12/04/2023 | 15 | TIME CONSTRAINTS MEMO *(SEALED)* as to Theo Hanson. (available to USA, Theo Hanson) RESTRICTED TO COUNSEL AND COURT (sw) |