Nicole Owens
FEDERAL PUBLIC DEFENDER
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone: (208) 331-5500
Facsimile: (208) 331-5525

Attorneys for Defendant
THEO HANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE MOXILA A. UPADHYAYA)

| UNITED STATES OF AMERICA, | ) | 1:23-MJ-00324-MAU |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE AND ASSIGNMENT OF COUNSEL |
| vs. | ) | |
| THEO HANSON, | ) | |
| Defendant. | ) | |

TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
      MATTHEW M. GRAVES, UNITED STATES ATTORNEY
      ANTHONY MARIANO, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that Nicole Owens of the Federal Defender Services of Idaho, is hereby assigned this matter and therefore makes an appearance in the above action on behalf of the defendant, THEO HANSON,

and requests that all further papers and pleadings herein except original process be served upon said undersigned attorney.

Dated: December 11, 2023         NICOLE OWENS
                                 FEDERAL PUBLIC DEFENDER
                                 By:


                                 /s/ Nicole Owens
                                 Nicole Owens
                                 Federal Defender
                                 Federal Defender Services of Idaho
                                 Attorneys for Defendant
                                 THEO HANSON

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document was served on all parties named below on this 11th day of December, 2023.

| | |
|---|---|
| Anthony W. Mariano<br>Office of the United States Attorney<br>601 D Street NW<br>Washington, D.C.<br>(703) 299-3808<br>Anthony.Mariano2@usdoj.gov | ____United States Mail<br>____Hand Delivery<br>____Facsimile Transmission<br>__X__CM/ECF Filing<br>____Email Transmission |

Dated: December 11, 2023        /s/ Lisa Shaw_____
                               Lisa Shaw