Nicole Owens
FEDERAL PUBLIC DEFENDER
Heidi Johnson
Assistant Federal Defender
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
THEO HANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE ROYCE C. LAMBERTH)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:24-cr-00057-RCL |
| | ) | |
| Plaintiff, | ) | MOTION TO MODIFY |
| | ) | SUPERVISED RELEASE |
| vs. | ) | |
| | ) | |
| THEO HANSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:  MATTHEW M. GRANVES, UNITED STATES ATTORNEY
ANTHONY W. MARIANO, ASSISTANT UNITED STATES ATTORNEY
JESSICA KINSEL, UNITED STATES PROBATION OFFICER


THEO HANSON, by and through his attorney of record, Heidi Johnson,

for the Federal Defender Services of Idaho, hereby requests a modification to

the conditions of his release.

-1-

Mr. Hanson was ordered released December 12, 2023 to be supervised out of the District of Idaho.  Mr. Hanson has no prior criminal history, is employed full-time, has a stable residence, no history of drug use or abuse and has fully complied with supervision to date.  Mr. Hanson requests to be moved to unsupervised release pending the completion of this case.

Undersigned counsel has sought the position of counsel for the Government, Anthony W. Mariano, who takes no position with respect to the motion and United States Probation Officer, Jessica Kinsel who is in support of the motion.

Dated: June 3, 2024                      Respectfully submitted,
                                         NICOLE OWENS
                                         FEDERAL PUBLIC DEFENDER
                                         By:


                                         /s/ Heidi Johnson
                                         Heidi Johnson
                                         Assistant Federal Defender
                                         Federal Defender Services of Idaho
                                         Attorneys for Defendant
                                         THEO HANSON

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, MOTION TO MODIFY SUPERVISED RELEASE, was served on all parties named below on this 3rd day of June, 2024.

| | |
|---|---|
| Anthony W. Mariano, Assistant U.S. Attorney | ____ Hand Delivery |
| Office of the United States Attorney | ____ United States Mail |
| 601 D. Street NW | __X__ CM/ECF Filing |
| Washington, D.C. 20530 | ____ Email Transmission |
| Anthony.Mariano2@usdoj.gov | |

| | |
|---|---|
| Jessica Kinsel, U.S. Probation Officer | ____ Hand Delivery |
| United States Probation Department | ____ United States Mail |
| 550 West Fort Street, Suite 458 | ____ CM/ECF Filing |
| Boise, ID 83724 | __x__ Email Transmission |
| Jessica_Kinsel@idp.uscourts.gov | |

Dated: June 3, 2024         /s/ Lisa Shaw
                            Lisa Shaw