IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(HONORABLE ROYCE C. LAMBERTH)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:24-cr-00057-RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THEO HANSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# MOTION TO CONTINUE TRIAL

THEO HANSON, by and through his attorney of record, Nicole Owens for the Federal Defender Services of Idaho, respectfully requests that the Court grant a continuance of the currently scheduled trial date of October 7, 2024.

(1) Mr. Hanson was initially charged by Complaint. *See* ECF Dkt. No. 1. He was subsequently indicted on January 31, 2024, for one count of Obstruction of an Official Proceeding and Aiding and Abetting in violation of 18 U.S.C. §1512(c)(2), 2, one count of Civil Disorder in violation of 18 U.S.C. §231(a)(3), two counts of 18 U.S.C. §1752(a)(1) and (2), and two counts of 40 U.S.C. §5104(e)(2)(D) and (G). *See* ECF Dkt. No. 16.

-1-

-2-

(2)     Mr. Hason was arrested at his home in Boise, Idaho, on November 30, 2023. *See* ECF Dkt. No. 5.

(3)     He was released that day and has been compliant with all pre-trial release conditions and has appeared for all court proceedings.

(4)     On April 16, 2024, the Court held a status hearing where it set a jury trial date for October 7, 2024.

(5)     Since that time, counsel for Mr. Hanson has worked diligently to review the voluminous discovery, interview witnesses, and prepare for trial. However, additional time is necessary to review discovery and investigate Mr. Hanson's case.

(6)     To date, counsel has identified at least five witnesses to interview that live in five different states. Coordinating travel and logistics to interview and investigate Mr. Hanson's case requires additional time.

(7)     Counsel also anticipates filing several motions in the coming weeks that will impact Mr. Hanson's trial and that the Court will need time to rule on.

(8)     Counsel has discussed this request with the government, who does not take a position and defers to the Court[1]. The government is available for

---

[1] Counsel for the government initially indicated they would request a continuance because of a separate trial scheduled for October 15, 2024. However, the government's conflict has since resolved, and they no longer have an October 15th trial.

trial in early December if the Court grants this request.

(9) Counsel for Mr. Hanson and the government believe it is in the interest of justice to toll the Speedy Trial Act while Mr. Hanson continues to review discovery and thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv).

(10) For all these reasons, counsel respectfully requests that the Court grant a continuance of the currently scheduled trial to December 2, 2024, and that there is an exclusion of time under the Speedy Trial Act from July 10, 2024, through the next scheduled trial date.

(11) This is the first defense request for a continuance of the trial and is not done for the purpose of delay and is made in good faith.

(12) The defendant concurs with this request.

Dated: July 18, 2024  Respectfully submitted,
NICOLE OWENS
FEDERAL PUBLIC DEFENDER
By:


/s/ Nicole Owens
Nicole Owens
Federal Defender
Federal Defender Services of Idaho
Attorneys for Defendant
THEO HANSON

## CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing document, MOTION TO CONTINUE TRIAL, was served on all parties named below on this 18th day of July, 2024.

| | |
|---|---|
| Anthony W. Mariano, Assistant U.S. Attorney | _____ Hand Delivery |
| Office of the United States Attorney | _____ United States Mail |
| 601 D. Street NW | __X__ CM/ECF Filing |
| Washington, D.C. 20530 | _____ Email Transmission |
| Anthony.Mariano2@usdoj.gov | |

Dated: July 18, 2024         /s/ Lisa Shaw
                             Lisa Shaw