UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:24-CR-57 (RCL) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 372 (Conspiracy To Impede or |
| THEO HANSON, | : | Injure Officers) |
| | : | 18 U.S.C. § 231(a)(3) (Civil Disorder) |
| Defendant. | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## SUPERSEDING INDICTMENT

The Grand Jury charges that, at all times material to this Superseding Indictment, on or about the dates stated below:

## Introduction

### *The 2020 United States Presidential Election and the Official Proceeding on January 6, 2021*

1. The 2020 United States Presidential Election occurred on November 3, 2020.

2. The United States Electoral College ("Electoral College") is a group required by the Constitution to form every four years for the sole purpose of electing the president and vice president, with each state appointing its own electors in a number equal to the size of that state's Congressional delegation.

3. On December 14, 2020, the presidential electors of the Electoral College met in the state capital of each state and in the District of Columbia and formalized the result of the 2020 U.S. Presidential Election: Joseph R. Biden Jr. and Kamala D. Harris were declared to have won sufficient votes to be elected the next president and vice president of the United States.

4. On January 6, 2021, a Joint Session of the United States House of Representatives and the United States Senate ("the Joint Session") convened in the United States Capitol ("the Capitol") building. The purpose of the Joint Session was to open, count, and resolve any objections to the Electoral College vote of the 2020 U.S. Presidential Election, and to certify the results of the Electoral College vote ("Certification of the Electoral College vote") as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15–18.

### *The Attack at the U.S. Capitol on January 6, 2021*

5. The Capitol is secured 24 hours a day by United States Capitol Police ("Capitol Police"). The Capitol Police maintain permanent and temporary barriers to restrict access to the Capitol exterior, and only authorized individuals with appropriate identification are allowed inside the Capitol building.

6. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members

of the public.

7.     On January 6, 2021, at approximately 1:00 p.m., the Joint Session convened in the Capitol building for the Certification of the Electoral College vote. Vice President Michael R. Pence presided, first in the Joint Session and then in the Senate chamber.

8.     A large crowd began to gather outside the Capitol perimeter as the Joint Session got underway. Crowd members eventually forced their way through, up, and over Capitol Police barricades onto the Capitol grounds and advanced to the building's exterior facade. Capitol Police officers attempted to maintain order and stop the crowd from entering the Capitol building, to which the doors and windows were locked or otherwise secured. Nonetheless, shortly after 2:00 p.m., crowd members forced entry into the Capitol building by breaking windows, ramming open doors, and assaulting Capitol Police officers. Other crowd members encouraged and otherwise assisted the forced entry. The crowd was not lawfully authorized to enter or remain inside the Capitol building or grounds, and no crowd member submitted to security screenings or weapons checks by Capitol Police or other security officials.

9.     Shortly thereafter, at approximately 2:20 p.m., members of the House and Senate (including Vice President Pence) were evacuated from their respective chambers. The Joint Session was halted while Capitol Police and other law-enforcement officers worked to restore order and clear the Capitol building and grounds of the unlawful occupants.

10.    Later that night, law enforcement regained control of the Capitol building and grounds. At approximately 8:00 p.m., the Joint Session reconvened, presided over by Vice President Pence, who had remained hidden within the Capitol building throughout these events.

11.    In the course of these events, over 100 law enforcement officers were injured. The Capitol suffered millions of dollars in damage—including broken windows and doors, graffiti, and

residue from pepper spray, tear gas, and fire extinguishers deployed both by crowd members who stormed the Capitol and by Capitol Police officers trying to restore order. Additionally, many media members were assaulted and had cameras and other news-gathering equipment destroyed.

### *Conspirators*

12. THEO HANSON is a 55-year old resident of Nampa, Idaho.

13. Russell Taylor is a 43-year-old resident of Ladera Ranch, California.

14. As described herein, HANSON and Taylor conspired with each other, and with others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement officers, to leave the place, where their duties as officers were required to be performed.

### COUNT ONE

**(Conspiracy to Impede or Injure Officers,** in violation of Title 18, United States Code, Section 372)

15. The allegations in paragraphs 1 through 14 are realleged and incorporated as if fully set forth in this paragraph.

16. Between approximately January 1, 2021 and January 6, 2021, within the District of Columbia and elsewhere, the defendant, **THEO HANSON**, did conspire with others known and unknown, to prevent, by force, intimidation, and threat, any person, that is, Members of the United States Congress and law enforcement officers, from discharging any duties of any office, trust, or place of confidence under the United States, and to induce by force, intimidation, and threat, any officer of the United States, that is Members of the United States Congress and law enforcement

4

officers, to leave the place, where their duties as officers were required to be performed.

## Means and Methods of the Conspiracy

### *Preparing for January 6, 2021*

17. HANSON, Taylor, and others used Telegram, an encrypted messaging application through which users can send messages, photos, videos, and files, to share information regarding the election, and to coordinate travel for the events of January 6, 2021.

18. Following the 2020 Presidential Election, Taylor operated two Telegram groups named "The California Patriots- Answer the Call" (hereinafter, "Answer the Call") and "So Cal Patriots." HANSON was a member of both of those groups.

19. On December 27, 2020, Taylor wrote in the Answer the Call Telegram group, "For those joining, this group is for California Patriots that will be traveling to Washington DC and answering the call from President Trump to be in DC on January 6th for the 'Wild Rally." He added, "Jan 6th will be at the Capital at 12. We will attempt to meet Jan 6th in the Am as a group m. Details to follow! Please keep chatter on this thread focused on the trip." The next day, another individual asked, "Does anybody know where we'll be going?" Taylor responded, "The steps of the capital at 12."

20. On December 29, 2020, HANSON was a participant in the Answer the Call Telegram group. On that date, Taylor introduced HANSON to the group, writing, "Theo who is one of the individuals that led the San Diego curfew breakers efforts. He will be joining us on our trip. He's one of the guys to get behind if it gets intense." HANSON responded, "Amen brothers. Thank you for all you do and pulling together people. History in the making." HANSON provided his cell phone number to the group.

21. On December 30, 2020, Taylor posted in the Answer the Call group: "If you are a

Californian attending Washington DC January 6 and would like to join we have 100+ California Patriots going. Send me a dm to join our group. Spread the word to other CALIFORNIA Patriots to join us as we March into the Capitol Jan 6. The Plan right now is to meet up at two occasions and locations: 1. Jan 5th 2pm at the Supreme Court steps for a rally. (Myself, Alan, Morton, and Leigh Dundas will be speaking) 2. Jan 6th early 7am meet in front of the Kimpton George Hotel (15 E St NW) we will leave at 7:30am sharp and March (15 mins) to the Capital to meet up with the stop the steal organization and surround the capital. There will be speakers there and we will be part of the large effort for the 'Wild Rally' that Trump has asked us all to be part of."

22. On January 1, 2021, Taylor created another Telegram group called "The California Patriots- DC Brigade" (hereinafter, the "DC Brigade") and invited other individuals to join. HANSON joined the group, along with more than thirty others.

23. Taylor posted about this new group in the Answer the Call Telegram group, which HANSON was a part of. Specifically, on January 1, 2021, Taylor posted in the Answer the Call Telegram group: "For all able bodied individuals here on this thread that are traveling to DC for Jan 6th event that are comfortable with violence I have created a separate thread within this group." He explained, "The idea is to pull from this group the warriors who will come together as we have many women in our group traveling alone." He added, "As many of us have not met before that does not mean we are not all ready and willing to be engaged in this fight. We are in DC for a reason. And we will come together for that reason! No one will intimate or threaten our first amendment right and our freedoms as an American with out a fight!" Taylor added, "Please only join this thread if you are comfortable with violence if it is brought to you."

24. In the "about" section that described the purpose of the DC Brigade Telegram group, Taylor wrote: "This group will serve as the Comms for able bodied individuals that are

going to DC on Jan 6. Many of us have not met before and we are all ready and willing to fight. We will come together for this moment that we are called upon."

25.     On January 1, 2021, Taylor wrote in the DC Brigade Telegram group, "This thread is exclusive to be utilized to organize a group of fighters to have each other's backs and ensure that no one will trample on our rights. Also, if there is key intel that we need to be aware of tor possible threats." He added: "I am assuming that you have some type of weaponry that you are bringing with you and plates as well." He explained, "Initially our intent is not to go after and seek violence but primary function is preservation of our liberties and we will not be intimidated by violence against those liberties. As we are on site and events begin to unfold that may change."

26.     Taylor also posted in the DC Brigade Telegram group on January 1, 2021: "As you join please provide the following 1. Previous Law enforcement/military? What branch and specialty- 2: Special skills relevant to our endeavors- 3. Picture of yourself and name (if you are ok) so we can familiarize ourselves 4. Date and time of arrival- ." HANSON responded to that message on January 2, 2021. He wrote:

>     -training: Sufficient for this exercise
>     -skills: many incl basic emergency medical skills. Diplomatic on occasion, less likely this time. Armed.
>     -traveling on foot with LEO and operators at various points.
>     -I will be moving through multiple groups. I have obligations to people on the ground for short periods.
>
>     Glad to coordinate.
>
>     Likely to have on this Blue hat with US flag says Leupold. Non descript black jacket. Identifiable mustache and beard.
>
>     I will have two med kits on hand (one black case on left thigh). May have backpack on for periods of time. Concealed vest and am bringing plate carrier.
>
>     Name: Theo
>
>     Arrive airport United 3:40pm. Have to clear firearms. Headed direct to hotel.

Housing Soffitel.

Along with this message, HANSON posted a picture of himself, as well as a picture of the hat that he intended to wear.

27. From January 1 through January 6, 2021, participants used the DC Brigade, Answer the Call, and So Cal Patriots Telegram groups to identify themselves to each other, communicate, and coordinate with each other. For example, on January 2, 2021, Taylor wrote in the DC Brigade Telegram group in response to HANSON's above message: "Just FYI. Dc is super strict for firearms. I'm not saying you don't bring them just be advised. Virginia is fine DC city limits is nazi level so check into that before arriving." HANSON replied to that message, "Yup." Taylor followed up with several additional messages. For example, he wrote back, "I believe you can carry most fixed blades just not into the government buildings. Something tells me though if we are inside government buildings it won't be on the top of our list."

28. On January 2, 2021, HANSON posted his flight information in the Answer the Call Telegram group.

29. In addition to exchanging messages in these Telegram groups, Taylor and HANSON also coordinated and planned for January 6, 2021 in private Telegram messages. For example, on January 2, 2021, after HANSON had joined and introduced himself to the DC Brigade Telegram group, Taylor privately messaged HANSON, writing, "Are you bringing heat? If so you just went up many clicks in my book."

30. On January 3, 2021, HANSON responded, "Yeah brother. I am bringing a few compacts and an AR dragon. I look at them as peacekeepers and of a 'last resort' of sorts. Once they come out, that genie doesn't go back in the bottle. Where each bullet lands is my fault and mine alone." In the same message, HANSON wrote, "I would rather be judged by 12 than carried

by 6. I am not looking for a fight. It is clear that this country is under a full assault. This is one hell of a power struggle and pinnacle of that struggle is supposed to be Wednesday. I suspect they (Congress)will punt the ball and give the states 10 days to resolve and we will watch the political charade end in the installation of Biden. I don't see any way in which this ends without an uprising. Meanwhile I am going to find men of mettle and honor, who are willing to organize, and fight using all channels. I am hoping to avoid the radicals, but I imagine I/we are beginning to look like ones." HANSON added, "Thank you for standing tall and bringing people together. It is clear you have a calling."

31. On January 3, 2021, Taylor responded to HANSON's message, writing, "Copy that. If you have any extra I'll carry for you. I have many guns but didn't want to get flagged at the airport. I am bringing two tomahawks, knives, stun guns 110k volts, expandable baton, armor plates, armor helmet, carbon fiber knuckle gloves. I'll be the first line of defense as we will call you up for the second." He asked, "You mentioned that you had other groups you are meeting with. Can you give me an idea of what that looks like? Are they interested in joining with us as well? Glad to have you in the group and be shoulder to shoulder. We will see this through until it is finished."

32. HANSON replied to Taylor's message that same day, writing, "I have been tasked to join a security detail for 2 of the medical freedom speakers. My role is simply to move them from hotel to stage and then back. I am also rolling with a Las Vegas LEO and two special ops guys. We are looking to see what is brewing and looking to take care of some friends should a full, multi hour riot break out." HANSON added, "I am glad to be in a first wave of hand to hand should it be necessary. Being that I will likely be armed, it is prudent to pick and choose and be present to save a life of a Patriot by taking one of a criminal. We came to lawfully assemble. They have

9

come to try and terrorize people. Now is a great time to send the social signal that We The People are stronger and more dangerous. I will edit som video from today's drills at the range practicing 0 distance defense shooting designed to be in areas that have innocent people around." Taylor responded, "Copy that. Good work. See you there. Looking forward to meeting after working together on all the curfew breakers stuff over the last month and change." HANSON responded, "Amen. You are a natural leader and have inspired people to stand up."

33. On or about January 2, 2021, prior to departing to Washington, D.C. for the events of January 6, 2021, HANSON recorded a video of himself, in which he directly spoke to the camera, addressing his family "just in case." In that recording, HANSON said, "I do believe that we are at the precipice of a revolt or a reformation or a great American reset or something."

HANSON continued:

> If you read history, these moments are never convenient. These moments are never painless. These moments are never easy. Birthing and rebirthing is often times includes violence. And so I go ready to love. I go ready to embrace new ideas and new people. And I go ready to find our way as inventive as we can. But I also go knowing that there's a conflict. We didn't go look for one. We simply wanted to go and stand and be seen and remind the government that the government serves the people. The people don't serve the government. And so it looks like there are forces that are coming out that wish to, you know, incite violence and to do other things and, as the days go by right now, we see that law enforcement's less interested in, I don't know, picking a side of the Constitution or righteousness or anything else. They just seem to be ready to give cover to those who want to create mayhem. But, anyways, hopefully you guys never see this.

HANSON continued:

> I hope that you'll stand for something—all of you. That you'll be willing to create a world that people want to live in, and that you realize that cost may be heavy. And so any price that I pay, I pay it in hopes that you wouldn't have to. It's been a wonderful life, and I have no interest in it ending anytime soon. But I also see the enemy at the door. And I'm acting accordingly.
>
> And I haven't lost my mind. And I'm not crazy. I'm not radical in my thoughts. There are those of us who have just a little bit more viewpoint and we look around and we think, wow, this is it. I have no idea how this plays in the prophesies of the

> Bible, or any of those other things I can't even begin to imagine. But what I do know is that this is a defining moment, and so, my hope is the lesson you will receive is that no greater love hath a man than he would lay down his life for another. And that the greatest thing we can do as a Christian is to stand for what is right and, so, I'm going to stand for what I believe is right. And it may not go flawlessly smooth. But I do it because that is the burden, that is the fight that is in me.

As he recorded the video, HANSON was visibly emotional and needed to wipe tears from his eyes.

34. HANSON flew to Washington, D.C. from San Diego, California on January 5, 2021, and returned to San Diego on January 7, 2021. HANSON did not transport firearms on these flights.

### *January 6, 2021: Participation in the Riot at the U.S. Capitol*

35. At approximately 2:22 p.m., HANSON entered the U.S. Capitol building through the Senate Wing Door. After entering through the Senate Wing Door, HANSON moved toward the Crypt.

36. At approximately 2:30 p.m., HANSON was outside of the Crypt, on the East side of the building. Moments earlier, law enforcement sought to close a series of security doors to prevent rioters from gaining access to additional areas of the building. However, rioters used trash cans and chairs to both obstruct the gate and to assault officers. HANSON stood underneath one of the security doors, waving his hands, and preventing it from closing.

37. At approximately 2:37 p.m., HANSON was in the area of the East Rotunda Doors. When HANSON arrived, the East Rotunda Doors were closed. HANSON watched as other rioters opened the East Rotunda Doors, allowing more rioters from outside the building to enter. HANSON watched and applauded as the doors were opened.

38. HANSON remained near the East Rotunda Doors until he exited the U.S. Capitol

building at approximately 3:33 p.m. While HANSON stood inside the East Rotunda Doors, he repeatedly obstructed efforts by law enforcement to close the East Rotunda Doors and to prevent further access to the building from rioters outside. For example, at 2:42 p.m., after law enforcement tried to close a door, HANSON pushed the door open with his body.

39. A couple of minutes later, at approximately 2:44 p.m., an officer sought to close one of the East Rotunda Doors, and HANSON moved forward to push the door open with his hand.

40. At approximately 3:09 p.m., officers again sought to close the East Rotunda Doors. Once again, HANSON moved forward to push the door back with his body.

41. At approximately 3:19 p.m., an officer tried to move HANSON toward the East Rotunda Doors, to get him to exit the building. In response, HANSON placed his hand against an interior wall and moved against the interior wall, to prevent his removal.

42. HANSON ultimately exited the building at approximately 3:33 p.m., through the East Rotunda Doors.

43. HANSON did not meet with Taylor at the U.S. Capitol building, but Taylor, carrying a knife in the front chest pocket of his plate carrier vest, also breached Capitol grounds on January 6, 2021. Specifically, at approximately 2:30 p.m., Taylor, with another individual, joined rioters on the Inaugural Stage on the Lower West Terrace of the Capitol. Below him, Taylor observed a line of law enforcement officers attempting to keep the crowd behind a police line on a lower level of the West Terrace. Taylor, seeing the crowd push against that police line, and seeing officers under assault, yelled, "Move forward, Americans! Americans, move forward!" When Taylor observed the police line below breaking, he yelled, "Now's your chance! Move back!" Taylor, turned to the officers a few feet away from him, who were trying to keep the rioters from

moving toward the Upper West Terrace and U.S. Capitol building, and yelled, "Last chance boys. Move back!" Taylor then joined a group of rioters pushing past law enforcement officers, moved up the stairs onto a structure erected for the Inauguration, and continued moving on to the Upper West Terrace.

44. On January 6, 2021, while HANSON and Taylor were on Capitol grounds, members of the So Cal Patriots Telegram group used the group to communicate. For example, one user wrote in the group at approximately 12:17 p.m. on January 6, "Mike Pence! We shall see where he stands today." Another person responded, at 1:05 p.m., "1pm. We might have so burn down the swamp to make our voices heard." At 1:41 p.m., that same user added, "Patriots vs police." Another user responded, a few minutes later, "I think so too." At approximately 2:27 p.m., another user posted, "Capitol building has been breached." Another user responded seconds later, "Waiting to hear back from @porterrockQwell," referring to the username used by Taylor. At about 2:31 p.m., that same user said, "Protestors are now inside the Capitol Building." At approximately 2:33 p.m., another user posted, "Revolution." And at approximately 2:38 p.m., a user said, "Trump supports set up guillotine outside of the Capitol building." HANSON and Taylor, as members of the So Cal Patriots group, were recipients of these messages.

### *After the January 6, 2021 Riot*

45. Following their participation in the riot, HANSON and Taylor communicated with each other and others about the day. For example, on the evening of January 6, 2021, Taylor posted in the So Cal Patriots group: "Sorry guys. I was pushing through traitors all day today. WE STORMED THE CAPITAL! Freedom was fully demonstrated today!" HANSON responded to that message a few minutes later, "Yes we did. And we held it for a decent amount or time."

46. That evening, HANSON also privately messaged Taylor, "You alive?" Taylor

responded, "Bro… We stormed the capital! Safe at hotel." Taylor asked, "How are you." HANSON replied, "I was in there with you. I was last out. Safe back at hotel." Taylor wrote to HANSON, "Well you are in the club brother! Well done. Today was a historic day." HANSON replied, "It was epic. When do you fly out?" Taylor replied, "Tomorrow at 4pm. Possibly." HANSON wrote back, "Hahaha. Is that assuming we don't get picked up?"

47. In addition to his messages with Taylor, HANSON sent multiple messages to other individuals on the evening of January 6, 2021 and the early morning of January 7, 2021. For example, on the evening of January 6, 2021, an individual direct messaged HANSON on Facebook: "Shit man its insane. Can you tell if the push into the building was led by antifa? A lot of stream commentators are saying they see known antifa in the crowd in high activity areas." HANSON responded less than a minute later, "Haha. Not led by Antifa. We The people took it by force." In a separate text message, HANSON wrote to another individual, "I took the United States Capitol by force today. I need a weekend of pampering before the FBI takes me to Guantanamo Bay." In another text message, he wrote, "Took the Capitol. It was intense. Skins is burning." HANSON continued, "I got pepper balled and sprayed. We took it by force." And in another text message, HANSON said, "Yeah. We took it by force. They took it back by force."

## COUNT TWO

(**Civil Disorder,** in violation of Title 18, United States Code, Section 231(a)(3))

Paragraphs 1 through 14 and Paragraphs 17 through 47 are of this Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, within the District of Columbia, **THEO HANSON** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his or her official duties

14

incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

## COUNT THREE

### (Entering and Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(1))

Paragraphs 1 through 14 and Paragraphs 17 through 47 are of this Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **THEO HANSON** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

## COUNT FOUR

### (Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(2))

Paragraphs 1 through 14 and Paragraphs 17 through 47 are of this Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **THEO HANSON** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

15

## COUNT FIVE

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

Paragraphs 1 through 14 and Paragraphs 17 through 47 are of this Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **THEO HANSON** willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

## COUNT SIX

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

Paragraphs 1 through 14 and Paragraphs 17 through 47 are of this Indictment are re-alleged and incorporated as though set forth herein.

On or about January 6, 2021, in the District of Columbia, **THEO HANSON** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

A TRUE BILL

FOREPERSON

*/s/ Matthew M. Graves /uj*
Attorney of the United States in
and for the District of Columbia