**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 24-CR-057** |
| | : | |
| **THEO HANSON,** | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED] ORDER**

*which I received 1-22-25*

Pursuant to the motion filed by the United States, ECF No. 41, it is hereby ordered that

the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE ROYCE C. LAMBERTH
United States District Court Judge